IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WAYNE TAYLOR III,**<br><br>                    Petitioner,<br><br>     v.<br><br>**WARDEN, ET AL.,**<br><br>                    Respondent. | Case No. 2:25-cv-00398-TLN-AC<br><br>[PROPOSED] ORDER GRANTING FIRST EXTENSION OF TIME |

GOOD CAUSE APPEARING, Respondent's first request for a two-week extension of time to file a response to Petitioner's allegations (ECF No. 21) as ordered by this Court on May 28, 2025 (ECF No. 20), is granted. Respondent's response is due on, or before, June 24, 2025.

Dated: June 9, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE